UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| THAKORJI, INC., | : | CASE NO. 18-70018 - SMS |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| THAKORJI, INC., | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S WITHDRAWAL OF MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The United States Trustee for Region 21 in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) hereby withdraws that certain Motion for an Order Directing the Appointment of a Chapter 11 Trustee filed in this case on February 24, 2021 (Doc. No. 198).

        NANCY J. GARGULA
        UNITED STATES TRUSTEE
        REGION 21

        By: _____/s/_____
        Lindsay P. S. Kolba
        Georgia Bar No. 541621
        United States Department of Justice
        Office of the United States Trustee
        362 Richard Russell Building
        75 Ted Turner Drive, SW
        Atlanta, Georgia 30303
        (202) 360-7746
        lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

  This is to certify that I have on this day electronically filed the foregoing *United States Trustee's Withdrawal of Motion for an Order Directing the Appointment of a Chapter 11 Trustee* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| Jonathan A Akins | jakins@swfllp.com |
| Shawn M. Christianson | schristianson@buchalter.com, cmcintire@buchalter.com |
| John A. Christy | jchristy@swfllp.com, amcrae@swfllp.com |
| David F. Cooper | dcooper@kkgpc.com |
| Edward F. Danowitz | edanowitz@danowitzlegal.com, kkropp@danowitzlegal.com |
| S. Nathaniel De Veaux | ndeveaux@kkgpc.com, kaaron@kkgpc.com |
| Evan Raymond Hanson | ehanson@danowitzlegal.com |
| Roy E. Manoll | kdd@fbglaw.com |
| James W. Martin | james@hpmlawatl.com, natalie@hpmlawatl.com |
| Daniel D. Sparks | ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com |
| Kevin A. Stine | kstine@bakerdonelson.com, mparris@bakerdonelson.com, kfurr@bakerdonelson.com |

  I further certify that on this day, I caused a copy of this document to be served by e-mail on the following parties at the e-mail address shown for each.

| | |
|---|---|
| Cary Ichter | cichter@ichterdavis.com |
| Wesley Dowdy | wesley.dowdy@dukehospitality.com |

                        /s/
                       Lindsay P. S. Kolba
                       Georgia Bar No. 541621
                       United States Department of Justice
                       Office of the United States Trustee
                       362 Richard B. Russell Building
                       75 Ted Turner Drive, SW
                       Atlanta, Georgia 30303
                       (202) 360-7746
                       lindsay.p.kolba@usdoj.gov